UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RHONDA GRIBENSK,

    Plaintiff,

-v-

NANCY A. BERRYHILL,
Acting Commissioner Of Social Security,

    Defendant.

Civil Action No. 18-CV-523

**CONSENT ORDER TO REMAND UNDER SENTENCE 4 OF 42 U.S.C. § 405(g)**

    This matter having been opened to the Court by Grant C. Jaquith, Acting United States Attorney for the Northern District of New York, attorney for Defendant, Jean Del Colliano, Special Assistant United States Attorney, of counsel, for an Order remanding the within cause of action to the Defendant under the fourth sentence of 42 U.S.C. § 405(g), so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the parties having agreed that if a new hearing is necessary, that this matter will be assigned to a different administrative law judge, and the Court having considered the matter,

    IT IS on this __9th__ day of __October__, 2018;

    ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action; and it is further

ORDERED that the clerk of the Court shall enter judgment in favor of the Plaintiff and against the Defendant, after which, the matter shall be considered DISMISSED with prejudice.

_____
HON. THOMAS J. MCAVOY
Senior U.S. District Judge

The undersigned hereby consent to the form and entry of the within order:

Dated: October 2, 2018

        Grant C. Jaquith
        United States Attorney

By:   /s/ *Jean Del Colliano*
        Jean Del Colliano
        Special Assistant U.S. Attorney
        Attorney for Defendant


        Mark A. Schneider


By:   /s/ *Mark Schneider*
        Mark A. Schneider
        Attorney for Plaintiff